UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
AT LEXINGTON

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | CRIMINAL NO. 5:13-123 |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | **OPINION AND ORDER** |
| KHAALIQ ALIM OWENS, | ) | |
| | ) | |
| Defendant. | ) | |

\*\* \*\* \*\* \*\* \*\*

This matter is before the Court on the defendant's motion to reconsider this court's ruling denying his motion for a bill of particulars (DE 235).

With his motion for a bill of particulars, the defendant appeared to request, not a bill of particulars, but a court order requiring the United States to produce certain Internal Revenue Service forms. He specifically mentioned the 1040, 1096, and 1099 forms. In its response, the government stated it has provided "full discovery pursuant to Rule 16 and the court's order." The Court interpreted this to mean that the government does not have the forms the defendant requests.

The defendant now moves the court to reconsider the order and continues to request the tax forms. The Court hereby ORDERS as follows:

1) the defendant's motion to reconsider (237) is GRANTED in part and DENIED in part as follows:

a) the Court clarifies that, if the government has in its possession, custody or control any IRS Forms that 1) are material to preparing the defense of this matter; 2) the government intends to use in its case-in-chief at trial; or 3) were obtained from or

belonged to the defendant, then it SHALL produce those items to the Defendant's stand-by counsel within 48 hours of receipt of this order; and

    2)    the motion for reconsideration (DE 237) is otherwise DENIED.

Dated this 18th day of June, 2014.

KAREN K. CALDWELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY