UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION AT LEXINGTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL NO. 5:13-123 |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | **OPINION AND ORDER** |
| KHAALIQ ALIM OWENS,   1. | ) | |
| Defendant. | ) | |

\*\* \*\* \*\* \*\* \*\*

This matter is before the Court on a motion (DE 377) filed by the defendant. In his motion, the defendant appears to argue that the indictment in this case should be dismissed because the government does not possess certain IRS forms. The defendant has pleaded guilty to conspiring to distribute 100 grams or more of heroin.

Prior to the defendant's plea, the Court ordered that, if the government had in its possession, custody or control any IRS Forms that 1) were material to preparing the defense of this matter; 2) the government intended to use in its case-in-chief at trial; or 3) were obtained from or belonged to the defendant, then the government should produce those items to the defendant. (DE 239). The government responded that it did not have any such forms.

The defendant now seems to argue that the indictment should be dismissed because the government does not have the forms he requested. The defendant's argument has no merit and the Court hereby ORDERS that his motion is DENIED.

Dated January 5, 2015.



KAREN K. CALDWELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY